# UNITED STATES DISTRICT COURT
## for the
## Middle District of Georgia



Case No. 3:17-cv-100
*(to be filled in by the Clerk's Office)*

Benny Kelly Jr.
*Plaintiff*

-v-

Jury Trial: (x) Yes ( ) No

Exel North America
*Defendant*

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff**

| | |
|---|---|
| Name | Benny Kelly Jr. |
| Street Address | 2410 Youth-Monroe Road |
| City and County | Monroe, Walton County |
| State and Zip Code | Georgia, 30655 |
| Telephone Number | 770-601-3223 |
| E-mail Address | bennykelly68@yahoo.com |

**B. Defendant**

| | |
|---|---|
| Name | Exel North America |
| Street Address | 570 Polaris Parkway |

City and County     Westerville, Delaware County

State and Zip Code   Ohio, 43082

Telephone Number   1(866) 504-6943

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ( ) Federal question                (x) Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that
are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. The plaintiff, Benny Kelly Jr., is a citizen of the State of Georgia.

2. The Defendant(s)

    b. The defendant, Excel North America, is incorporated under the laws of the State of Ohio, and has its principal place of business in the state of Ohio.

3. The Amount in Controversy

    The amount in controversy is $200,000 plus medical expenses, which includes three years of wages, punitive damages, pain and suffering and severe hardship due to no fault of my own.

## III. Statement of Claim

The plaintiff, Benny Kelly Jr., was made to operate an unsafe tractor that had been red flagged in need of maintenance and repairs. The medical bills were accrued from injuries sustained in unsafe work conditions. During the period of employment, the plaintiff, Benny Kelly Jr. was required to do tasks and work hours the white coworker, with the same title and position, was not required to do, which is racial discrimination. The plaintiff, Benny Kelly Jr. was asked personal questions by the Operations Manager and inappropriate remarks were made about the plaintiff, Benny Kelly Jr.'s personal relationships that included unwelcomed verb sexual advances.

## IV. Relief

The damages are as follows:
    a. $80,000 for medical bills
    b. $90,000 three years wages
    c. $20,000 Sexual Harassment
    d. $10,000 Racial Discrimination

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *June 21, 2017*

Signature of Plaintiff *Benny Kelly Jr.*

Printed Name of Plaintiff *Benny Kelly Jr.*

Statement of Claim

It was raining very hard when I slipped and fell on the catwalk of the truck I was driving, this happened in Feb. of 2014 plus the catwalk was lose I had been asking them to tack weld it. When I fell I bent my left knee back very badly and hurt my back and couldn't get up.

I didn't know the supervisor was out on the propane dock and saw the whole thing. Before I could even get up, he ran outside and said did you just fall, I was almost scared to say yes, because I didn't wan't to lose my job, I had been there 4 1/2 years and had seen a lot of people get hurt and get fire, but I said yes and he said I know you did I was looking at the whole thing from the propane dock. Asked me did I need to go to the hospital, I said yes because I was in extreme pain, I went to the hospital that same day, and as I was hurting I went back to work the next day and for the next three weeks they forced me to work manditory 7 days a week 12 hours a day. Even though they knew I was hurt and going to the doctor.

Continued

Page 2

## Statement of Claim

and taking Physical therapy, the other driver was a white guy good friends with the plant manager, and I feel I was racially discriminated against because He was treated so much better than me and so differently. He never worked weekends he only worked 40 hrs a week, even when I was made to work manditory 7 days a week 12 hrs a day, Nicole told him to do Yard Audits on the south side, because he was working the south which is easier and less moves and I was working the north side every day which Had much more volume (Yard Audits are systematic corrections) He told Nicole he did not know how to do Yard Audits, and its not his job, If I had said that I would have been fire on the spot I was thinking he's been there a year longer than me and telling the boss he don't know how to do a yard Audit, so she told me to do the yard Audits on the North and South side, which would get me behind on my job on the North side, in the four and one half years I was there I had close to perfect attendance

Page 3

and I did my job perfect, so they had no reason to fire me. When I got hurt I never tried to sue them I always came to work and took pride in my job, this was my livelyhood

Now I can see where they was conspiring to fire me. And they fired me almost exactly 2 years to the date of my accident.

I was always on my P's & Q's so they couldn't find a real reason to fire me so they made up that (Falsefying Document) that was a straight Lie Now I know that's why she was telling me to do all the yard audits, which take about six seconds and a move takes 5 to 6 min so what they put down as moves were actually Yard Audits which she alway made me do and let the other driver get away with saying he didn't know how. Nicole was always joking around too much and inappopreate to be the boss, we were in the office one day and Nicole was saying we might lose this contract, and she asked me, do you have a girlfriend Benny, I said no, she said I might have to go stay with Benny I said Naa, and she looked serious and said, oh your saying No, so I

Played it off and said I'm just kiddin she said this in the office in front of several people including supervisor Cody. I asked to speak to her in her office in private. Then I asked her to please not joke with me like that especially sense she's my boss and have great influence over my livelyhood and this was not the first time she had asked me very personal questions about a girlfriend.

Rumors was going all around the plant that Nicole was going with this guy name Johnathan Plus some other guy I can't remember his name. And the supervisor June Brown was going with a guy name pete, So they were trying to give pete my job so he could be outside with them, because pete & Johnathan could get weed for them, infact a big bag of weed fell out onto the floor in the breakroom one day in front of a bunch of people I heard one girl reported that incident, but nicole probly swept it ounder the rug. One day they had a meeting for women only in the Breakroom while we the men were working.

Page 5

I asked Pete I said I wonder what they are having a meeting about, He said probably about how low down and scandlus all these ho's are around here, I said Yeah and heard you been hitting Ms. Brown and just loughed and said Yah but this wright here is the only thing that counts, holding up his hand and pointing at his wedding ring.

So the next day I asked a girl that was in the meeting, what was the meeting about, She said someone put up a note in the women's rest room for everyone to see calling Nicole and Ms. Brown Hoe's and Bitches and saying all kinds of things about them and accusing them of sleeping with certain girls boyfriends.

Nicole, Ms. Brown and the other female supervisor was always walking outside behind the trailers smoking weed everyday, several times a day, I would see them, but I told them make sure they don't get hit because when I was backing the trailers in I couldn't always see them, but I walked up on them several times, that's why they wanted Pete out there.

My truck had started to smoke really Bad, I mean really, really Bad, I have pictures of how bad it was smoking, and I was breathing this in every day and telling them it was hard to breathe in this truck I was having headaches, aches and tightning in my chest from all the smoke I took pictures and took them to HR and He Elvin scolded me saying you aren't suppoze to take pictures on this property, you could be fire for that. Well no one had said that up to that point, the next day when we came in to work we had a meeting before the shift passed around papers saying we can not take pictures on the property and forced us all to sign them, if you wanted to keep your job. There was a lot of job threats and intimidation. They had job rules and safety guide lines that said one things, just to cover their behind. But very different acual culture and rules from what was on paper They made us fill out safety check sheet every day, to check off what was wrong with the trucks

Every day I would write down on my check list what was wrong with the truck and they would still make me drive it if I wanted to keep my job and I couldn't afford to lose my job I would put down every day things wrong with truck 1. many time headlights not working
2. Backing lights not working, and this was night shift
3. Computer not bolted down, it hit me in the knee Heavy
4. Big axle bolt hanging out about two inches
   so truck was rocking hard to left when you make a right turn.

The maintenance guy looked at the truck, red tagged it and shut it down and told Nicole this truck it to dangerous to operate the next day they took the red tag off and made me drive it again if you want your job Raying trucks got to be moved. Bill the plant manger came out there to look at the trucks and I showed him the bolt hanging two inches out of the axel no backing lights, computer not bolted down, He got in the truck looked all around, And said to me and Tony the white guy.

(Quote: These truck are death Traps I'm sorry you guy have to deal with this, but we are over budget wright now but going to try to get some of these things corrected soon.) and we would always hear this stuff and nothing would happen. Tony the other driver had already said he told him that these trucks were death traps and I didn't believe it, but that day Bill said it again in front of both of us. Finally maintenance had to put a lock bar on the the steering wheel an anti theif device, telling them not to use they made maintenance take that off and made me drive the truck. Now I'm having severe Breathing Problems I knew I was inhaling a lot off smoke but I felt I couldn't afford to lose my job. July 2017 I was in the Hospital for a week for breathing problems, when I got out I had a doctor's appointment two days later, the doctor put this thing on my finger to measure your oxgen, and told me to walk around the office which wasn't big at all, I notice they started to go into panic mode.

She said sit down your oxygen has dropped dangerously low and they rush me back to the hospital and I was there for two more days. I knew all that smoke from the truck was hurting me because I could feel when I was trying to sleep, but I was afraid to lose my job and my Lively Hood. My medical bills are very expensive thats why I'm asking for $200,000 plus medical bills. At least three years wages, punitive damages pain and suffering, Severe Hardship due to no fault of my own.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing _Notice of complaint_
                                                        (Name of pleading)

was mailed/delivered to _Exel North America_ at _Department 110, 570 Polaris Parkway, Westerville, OH 43082_
                  (Name of defendant(s) or       (Physical or E-Mail Address)
                  defendant's attorney)

_Benny Kelly Jr_   06-21-17
(Signature and date)

_2410 Youth Monroe Rd._
_Monroe, Ga. 30655_
(Address)

_(770) 601-3223_
(Phone Number)

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

2017 JUN 26 PM 1:48

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
District of _____

Benny Kelly Jr,
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Exel North America
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Benny Kelly Jr. ~~Exel North America~~ |
   | Street Address | 2410 Youth Monroe Rd |
   | City and County | Monroe, Walton County |
   | State and Zip Code | Ga, 30655 |
   | Telephone Number | (770) 601-3223 |
   | E-mail Address | Bennykelly68@yahoo.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

   Defendant No. 1

|  |  |
|---|---|
| Name | Unemployed |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| Name | Exel North America |
| Street Address | 1871 Willow Springs Church Rd. |
| City and County | Social Circle, Ga. 30025 |

State and Zip Code  GA, 30655
Telephone Number  (770) 601-3223

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✓] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Other federal law *(specify the federal law)*:

[ ] Relevant state law *(specify, if known)*:

[ ] Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

[ ] Failure to hire me.

- [x] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [ ] Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) Nov, Dec, of 2015 & Jan & Feb of 2016

C. I believe that defendant(s) *(check one)*:
- [ ] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [x] race _____
- [x] color _____
- [x] gender/sex _____
- [ ] religion _____
- [ ] national origin _____
- [ ] age (year of birth) _____ *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)* _____

E. The facts of my case are as follows. Attach additional pages if needed.

Unsafe Work conditions, Racial discrimination Wrongful Termination, Sexual Harrassment

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)* March of 2016

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.
☒ issued a Notice of Right to Sue letter, which I received on *(date)* 04-04-17
*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I have over $80,000 in medical bills, Unsafe work conditions
$90,000 for three years wages, Wrongful Termination
$20,000 Sexual Harrassment, Personal & inappropriate
$10,000 Racial Discrimination, Being Treated different and Unfair

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 21, 2017

Signature of Plaintiff: *Benny Kelly Jr.*

Printed Name of Plaintiff: Benny Kelly Jr.

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____