IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BENNY KELLY, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION |
| | ) NO. 3:17-CV-100-CDL |
| EXEL NORTH AMERICA, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby file this Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and seek to dismiss with prejudice all claims against Defendant Exel Inc. All parties to bear their own costs.

Respectfully submitted this 30th day of November, 2017.

*Benny Kelly Jr.*
Benny Kelly, Jr., pro se
2410 Youth-Monroe Road
Monroe, Georgia 30655
(770) 601-3223




Pro Se Plaintiff

/s/ *David R. Kresser*
David R. Kresser
Georgia Bar No. 429615
FISHER & PHILLIPS LLP
1075 Peachtree Street, NE, Suite 3500
Atlanta, Georgia 30309
(404) 231-1400
(404) 240-4249 Facsimile
dkresser@fisherphillips.com
**Counsel for Defendant Exel Inc.**

FPDOCS 33491234.1

## CERTIFICATE OF SERVICE

I hereby certify that, on December 4, 2017, I electronically filed this **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system and served a copy upon the following individual by depositing same in the United States Mail, postage prepaid, addressed as follows:

>Benny Kelly, Jr., *pro se*
>2410 Youth-Monroe Road
>Monroe, GA  30655

>*/s/ David R. Kresser*
>David R. Kresser
>Georgia Bar No. 429615
>
>COUNSEL FOR DEFENDANT
>EXEL INC.